```
1  KATHRYN BURKETT DICKSON (State Bar
   No. 70636)
2  DICKSON LEVY VINICK BURRELL
   HYAMS LLP
3  180 Grand Avenue, Suite 1300
   Oakland, California  94612
4  Telephone:  (510) 318-7700

5  Facsimile:  (510) 318-7701
   E-mail:  kathy@dicksonlevy.com
6
   Attorneys for Plaintiff
7  ERIN SUMMIT

8  MARGARET J. GROVER (112701)
   mgrover@kmtg.com
9  KRONICK, MOSKOVITZ, TIEDEMANN &
   GIRARD
10 1350 Treat Blvd, Suite 105
   Walnut Creek, CA  94597
11 Telephone:   925.395.2380
   Facsimile:   925.395.2381
12
   Attorneys for Defendants
13 STANLEY BLACK AND DECKER, INC.,
   STANLEY SECURITY SOLUTIONS, INC.,
14 and STANLEY ACCESS, INC., incorrectly
   sued as STANLEY ACCESS
15 TECHNOLOGIES, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN SUMMIT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY BLACK AND DECKER, INC.; STANLEY ACCESS TECHNOLOGIES, LLC; STANLEY SECURITY SOLUTIONS, INC.; and DOES I-X,<br><br>　　　　　Defendants. | CASE NO. CV 10-1990 EMC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
WALNUT CREEK

960712.1                                       - 1 -                           CASE NO. CV 10-1990 EMC

**STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

WHEREAS the parties to this action have reached a confidential amicable resolution of all claims and causes of action now pending;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the action may be dismissed, in its entirety, with prejudice.

Date: January 14, 2011

DICKSON LEVY VINICK BURRELL HYAMS LLP

By: *Kathryn Burkett Dickson*
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff
ERIN SUMMIT

Date: January 27, 2011

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: *Margaret J. Grover*
Margaret J. Grover
Attorneys for Defendants
STANLEY BLACK AND DECKER, INC., STANLEY SECURITY SOLUTIONS, INC., and STANLEY ACCESS, INC., incorrectly sued as STANLEY ACCESS TECHNOLOGIES, LLC

### ORDER

Based upon the foregoing Stipulation of the parties and good cause appearing, the Court dismisses the above action, in its entirety, with prejudice.

Date: January 31, 2011

_____
Honorable Edward M. Chen
Magistrate Judge, United States District Court

[STAMP: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN CALIFORNIA]

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
WALNUT CREEK

960712.1

- 2 - ...1990 EMC

STIPULATED DISMISSAL WITH PREJUDICE ...RDER